AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Diana Dennison )<br>*Plaintiff* )<br>v. )<br>United Property and Casualty Insurance Company )<br>*Defendant* ) | Civil Action No.   2:17-cv-00613-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of Magistrate Judge Marchant is **AFFIRMED**, and this action is **DISMISSED** with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge on a motion to dismiss.

Date:   August 6, 2019                                              *CLERK OF COURT*

                                                                                   s/John P. Bryan, Jr.

                                                                     *Signature of Clerk or Deputy Clerk*